

JAN 0 4 2008

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JAN 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael A. Spencer

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV85
JUDGE ANDERSEN
MAG. JUDGE VALDEZ**

vs.

City of Rolling Meadows, Illinois

Rolling Meadows Police Department

Joe Pistorius

Mark Hinds

D. Cook

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

  ✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    Plaintiff(s):

Revised: 7/20/05

A. Name: Michael A. Spencer

B. List all aliases: _____

C. Prisoner identification number: 2006000682

D. Place of present confinement: Cook County Department of Corrections

E. Address: 2600 S. California, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Joe Pistorius

Title: Investigator

Place of Employment: Rolling Meadows Police Department, Rolling Meadows, IL

B. Defendant: Mark Hinds

Title: Investigator

Place of Employment: Rolling Meadows Police Department, Rolling Meadows, IL

C. Defendant: D. Cook

Title: Investigator

Place of Employment: Rolling Meadows Police Department, Rolling Meadows, IL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

DEFENDANTS (CONTINUED):

D. DEFENDANT: THE ROLLING MEADOWS POLICE DEPARTMENT
   TITLE: LAW ENFORCEMENT AGENCY
   PLACE OF EMPLOYMENT: ROLLING MEADOWS, ILLINOIS

E. DEFENDANT: THE CITY OF ROLLING MEADOWS, ILLINOIS
   TITLE: MUNICIPAL CORPORATION
   PLACE OF EMPLOYMENT: ROLLING MEADOWS, ILLINOIS

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.     Is there a grievance procedure available at your institution?

          YES (✓) NO ( ) If there is no grievance procedure, skip to F.

    B.     Have you filed a grievance concerning the facts in this complaint?

          YES ( ) NO (✓)

    C.     If your answer is **YES**:

         1.     What steps did you take?

         2.     What was the result?

         3.     If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

    D.     If your answer is NO, explain why not:

THE COOK COUNTY DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE ACTIONS OF THE ROLLING MEADOWS POLICE DEPARTMENT.

3

Revised: 7/20/05

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?

On May 26, 2006 moved trial court to quash arrest and suppress evidence

On May 3, 4, and 21, 2007 moved trial to review or reconsider motion to quash arrest

2. What was the result?

All motions were denied by the trial court

H. If your answer is NO, explain why not:

4

Revised: 7/26/05

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: Michael Spencer v. Robert Johnson and V Formusa, 2006L011307

B. Approximate date of filing lawsuit: October 26, 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Robert Johnson, V Formusa

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County, Illinois

F. Name of judge to whom case was assigned: William Maddux

G. Basic claim made: Personal Injury

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: May 4, 2007

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. The record of the plaintiff's pretrial motions and criminal trial shows that the defendants Joe Pistorius and Mark Hinds arrested and searched the plaintiff in Palatine, Illinois on January 4, 2006 at about 9PM and that the defendants Pistorius and Hinds were, on that date and at that time, employed by the Rolling Meadows Police Department in Rolling Meadows, Illinois and were on duty. The record shows that the defendants Pistorius and Hinds acted without the authority of a warrant outside of the political entity which appointed them to their office and that they were not in hot pursuit of the plaintiff fleeing from Rolling Meadows, Illinois. The record shows that the defendants Pistorius and Hinds were not responding to an emergency situation or police bulletin, were not personally aware of the immediate commission of a felony or misdemeanor violation of the laws of this State, by the plaintiff, or had observed the plaintiff committing any offense. The record also shows that the arrest was not pursuant to the investigation of an offense that occurred within Rolling Meadows, Illinois. The defendant, the Rolling Meadows Police Department employs the defendants Pistorius and Hinds. The defendant, the City of Rolling Meadows, Illinois employs the Rolling Meadows Police Department.

Revised: 7/20/05

2. The record of the plaintiffs' pretrial motions and trial shows that on January 4, 2006 at about 9PM, the defendant Joe Pistorius seized the plaintiffs' vehicle from a private parking lot in the Village of Palatine, Illinois without the authority of a warrant, and that the vehicle was not suspected of being involved in criminal activity. The record also shows that the plaintiffs' vehicle, prior to its seizure, was not obstructing traffic, did not pose a hazard to the community, was not prohibited from being parked in the parking lot, and that the defendant, Joe Pistorius, was not directed by the parking lot owner to remove the plaintiffs' vehicle. The defendant, the Rolling Meadows Police Department, employs the defendant Joe Pistorius. The defendant, the City of Rolling Meadows, Illinois employs the Rolling Meadows Police Department.

3. The record of the plaintiffs' pretrial motions and criminal trial shows that the defendants, Joe Pistorius, Mark Hinds, and D. Cook search the plaintiffs' vehicle without the authority of a warrant and that prior to the search, the vehicle was not suspected of being involved in criminal activity, containing any contraband, or was searched incident to the arrest of the plaintiff. The defendant, the Rolling Meadows Police Department, employs the defendants Joe Pistorius, Mark Hinds, and D. Cook. The City of Rolling Meadows, Illinois employs the Rolling Meadows Police Department.

VI.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to find all of the defendants guilty and liable for all damages suffered and sufferable, past, present, and future, by the plaintiff, resulting directly and indirectly from the actions of the defendants Joe Pistorius, Mark Hinds, and D. Cook and to award the plaintiff Michael A. Spencer fifty million dollars in United States currency, payable by the defendants, and any other relief the court deems appropriate for the plaintiff.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 28TH day of DECEMBER, 2007

_[signature]_

_____
(Signature of plaintiff or plaintiffs)

MICHAEL A. SPENCER
(Print name)

2006000011682
(I.D. Number)

2600 S. California
Chicago, IL 60608
(Address)

8

Revised: 7/20/05