

January 30, 2008

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 S. Dearborn Street
Chicago, IL 60604

**FILED**

FEB 0 5 2008
Feb 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Prisoner Correspondent,

I, Michael A. Spencer, the plaintiff in the cause entitled: Michael A. Spencer -vs- City of Rolling Meadows, etc., et al, case number 08C0085, a complaint under the Civil Rights Act, Title 42, Section 1983 U.S. Code, assigned to Magistrate Judge Valdez, hereby informs the court of a <u>change in my address</u>. My current address is:

Spencer, Michael; R68082
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Thank you for your assistance in this matter.

Sincerely,

Michael A. Spencer