MHN

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 S. Dearborn Street
Chicago, IL 60604

**FILED**
FEB 20 2008
2-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Change of Address

Dear Prisoner Correspondent,

I, Michael A. Spencer, the plaintiff in the cause entitled: Michael A. Spencer -vs- City of Rolling Meadows, etc., et al, Case Number 08C0085, a complaint under Civil Rights Act, Title 42 Section 1983 U.S. Code, assigned to Magistrate Judge Valdez, hereby informs the court of a change in my address. My current address is:

Spencer, Michael A. /R68082
P.O. Box 7711
Centralia, IL 62801