#38278

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
THIRD MUNICIPAL DISTRICT

PEOPLE OF THE STATE OF ILLINOIS,    )
    Plaintiff,    )
            )
    -v.s.-    )    No. 06 CR 3036
            )
MICHAEL SPENCER,    )
    Defendant.    )

## NOTICE OF FILING

TO:    Cook County State's Attorney
        or One of his Assistants
        2121 E. Euclid Ave.
        Rolling Meadows, Illinois

PLEASE TAKE NOTICE that on April 20, 2006, I caused to be filed with the Clerk of the Circuit Court of Cook County the attached Motion to Quash Arrest and Suppress Illegally Obtained Evidence, a copy of which is hereby served upon you. I shall request a hearing date on said Motion before the Honorable Presiding Judge in the Circuit Court of Cook County on said date.

## CERTIFICATION

The undersigned, an attorney, hereby certifies under penalties of perjury, pursuant to Section 1-109 of the Illinois Code of Civil Procedure that the foregoing document and any attachments were personally served in the Circuit Court of Cook County on the Cook County State's Attorney or One of his Assistants on April 20, 2006.

Michael Hoard
8 Douglas Ave.
Elgin, Illinois 60120
(847) 608-1600



#38278

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
THIRD MUNICIPAL DISTRICT

PEOPLE OF THE STATE OF ILLINOIS,    )
    Plaintiff,    )
        )
        )
-v.s.-    )    No. 06 CR 3036
        )
MICHAEL SPENCER,    )
    Defendant.    )

## MOTION TO QUASH ARREST AND SUPPRESS ILLEGALLY OBTAINED EVIDENCE

**Now comes** the Defendant, MICHAEL SPENCER, by his attorneys, MICHAEL HOARD of LOPEZ & AFFILIATES, LTD., and moves this Honorable Court to quash defendant's arrest and suppress all evidence resulting therefrom, on the grounds that both resulted from the unlawful arrest of MICHAEL SPENCER, in order to protect MICHAEL SPENCER's right to be free from unreasonable seizures as guaranteed by the Fourth, Fifth, and Fourteenth Amendments to the U.S. constitution and Article 1, §6, of the Illinois Constitution, in support states:

1.    That on or about January 4, 2006, the defendant was arrested at 1000 S. Quentin Rd., for the investigation of pandering.

2.    That at the time of defendant's arrest, the arresting officer did not have a warrant for the defendant's arrest.

3.    That the defendant was charged with possession of a controlled substance after a search incident to arrest of his vehicle. That the time of the defendant's arrest, the arresting officer did not have probable cause to arrest the defendant.

4.    That after the defendant had been arrested unlawfully, statements and other evidence were obtained from the defendant, by the police which the prosecution intends to offer in evidence against the

defendants.

5.    That two days later, a warrant, which was predicated on the defendant's illegal arrest, was issued for the search of the defendant's residence and evidence was also recovered from said premises.   That evidence should also be suppressed.

**Wherefore,** the Defendant prays for the following:

1.    That this Honorable Court will quash his arrest and suppress all evidence resulting therefrom.

2.    For such other and further relief as this Honorable Court deems just and equitable.

_____
MICHAEL HOARD
ATTORNEY FOR DEFENDANT

MICHAEL HOARD
Lopez & Affiliates, Ltd.
8 Douglas Ave.
Elgin, Illinois 60120
(847) 608-1600