**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL A. SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   08 C 0085 |
| v. | ) | |
| | ) | Judge Andersen |
| CITY OF ROLLING MEADOWS, IL., | ) | |
| et al., | ) | Jury Demanded |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Michael A. Spencer
R-68082
Centralia - CNT
P.O. Box 1711
Centralia, IL 62801

PLEASE TAKE NOTICE that on April 17, 2008 at 9:00 a.m., the undersigned will present before the Honorable Wayne R. Andersen, Room 1403, 219 South Dearborn Street, Chicago, Illinois, the defendants' **Motion to Dismiss**, a true and correct copy of which was electronically filed this date.

/s/Mark F. Smolens
Attorney for Defendants

**AFFIDAVIT OF SERVICE**

I, the undersigned on oath state that I caused a true and correct copy of the above-listed motion to be electronically filed (and mailed to the plaintiff) this 9th day of April, 2008.

/s/Mark F. Smolens

**RICHARD T. RYAN**
**MARK F. SMOLENS**
**RYAN, SMOLENS & JONES**
**180 North LaSalle Street**
**Suite 2303**
**Chicago, Illinois 60601**
**(312) 372-3800**