MHK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 15 2008
5-15-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL A. SPENCER    )
                     )
    Plaintiff,       )
                     )   No. 08 C 0085
v.                   )
                     )   Judge Andersen
CITY OF ROLLING MEADOWS, IL., )
et al.,              )
                     )
    Defendants.      )

### RESPONSE TO THE DEFENDANTS' MOTION TO DISMISS

NOW COMES the plaintiff, Michael A. Spencer, pro se, and files a response to the defendants' Motion to Dismiss.

### Argument

My claim is not an attempt to relitigate the issues resolved against me in the underlying criminal proceedings which took place in the Circuit Court of Cook County. The Trial Court has erred in its decision of those issues and I have sought legal relief by appealing those issues to the Appellate Court of Illinois. Pursuant to the United States Supreme Court in Wallace v. Kato, Sup. Ct. No. 05-1240 (February 21, 2007), I must have filed my § 1983 claim within two years from the date that I was bound over for trial or arraigned. Pursuant to the United States Court of Appeals, Seventh Circuit, in Post v. Gilmore, 111 F.3d 556 (1997), citing Heck v. Humphrey, 114 S.Ct. 2364 (1994), I may not state a claim on which relief may be granted unless the order depriving me of liberty has been set aside on collateral attack or in some other way and that the appropriate action is to stay my § 1983 action for damages arising out of the unlawfull arrest, search, and seizure conducted by the defendants, pending the decision of my appeal to the Appellate

Court of Illinois, not to dismiss the §1983 action, given the Supreme Court's decision in Heck.

**WHEREFORE**, for the above and foregoing reasons, I respectfully request that the defendants' motion be denied and as an alternative that my § 1983 action be stayed pending the decision of my appeal to the Appellate Court of Illinois.

/s/ Michael A. Spencer
Michael A. Spencer
Plaintiff, pro se

MICHAEL A. SPENCER
R-68082
Centralia - CNT
P.O. Box 1711
Centralia, IL 62801

```
      IN THE UNITED STATES DISTRICT COURT         FILED
         NORTHERN DISTRICT OF ILLINOIS
                EASTERN DIVISION
                                                 MAY 1 5 2008
MICHAEL A. SPENCER              )
                                )                MICHAEL W. DOBBINS
     Plaintiff,                 )                CLERK, U.S. DISTRICT COURT
                                )  No.  08 C 0085
v.                              )
                                )  Judge Andersen
CITY OF ROLLING MEADOWS, IL.,   )
et al.,                         )
                                )
     Defendants.                )
```

## NOTICE OF FILING

TO: Mark F. Smolens
C/O Ryan, Smolens, & Jones
180 North LaSalle Street
Suite 2303
Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on May 9, 2008 the undersigned will mail to the Clerk of the Court, United States District Court 219 South Dearborn Street, Chicago, Illinois, a response to the defendants' Motion to Dismiss, a true and correct copy of which is to be filed upon receipt.

                                            Michael A. Spencer
                                            Plaintiff, pro se

## AFFIDAVIT OF SERVICE

    I, the undersigned on oath state that I caused a true and correct copy of the above-listed response to be mailed to the defendants by way of their attorney on May 9, 2008, THE OFFICE OF MARK F. SMOLENS, 180 N. LASALLE, STE. 2303, CHICAGO, ILLINOIS, 60601.

                                            Michael A. Spencer

MICHAEL A. SPENCER
R68082
Centralia - CNT
P.O. Box 1711
Centralia, IL 62801